# Exhibit A

# OneRx®

### Introducing the Pharmacist-Friendly Drug Savings Card with Envision

## Saving you time and saving your patients money!



### What is OneRx?
OneRx is a FREE mobile prescription pricing service used by hundreds of thousands of Americans that enables users to better understand their Rx insurance benefits. OneRx gives all users a drug savings card (network partner: Envision) as well as access to hundreds of manufacturers' coupons & PAPs for brand drugs.

### How is OneRx different than other discount cards?
Not only a discount card, OneRx is a price comparison tool. Patients can search for drug prices and comparison shop between the OneRx discount card price and their insurance copayment, taking deductibles into account.

Also, OneRx automates the process of searching for manufacturers' coupons, PAPs, and other discounts, and presents them all on one screen, making life simpler for you while processing claims.

### How does OneRx help my pharmacy?
With OneRx, your customers arrive fully informed, saving you time. Patients determine out-of-pocket costs and identify prior authorizations at the point of care, informing prescribers before the pharmacy has to get involved!

Soon, you'll be able to search for coupons for your patients from our website, saving you even more time while increasing customer trust and loyalty.

### Questions?
Visit onerx.com/pharmacists, email pharmacists@onerx.com, or call us at (888) 664-6261.

**OneRx Steps for Success**

1. Ask your patients to download the OneRx app, enter their insurance, and favorite your pharmacy

2. Retrieve processing info from your patient's device

3. Process claims with the OneRx Drug Savings Card, manufacturers' coupons, or your patient's insurance

4. Visit our website and order a FREE Patient Saver Kit for your pharmacy





To unsubscribe from this list please email support@onerx.com or call (888) 664-6261.