IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| FAMILY MEDICINE PHARMACY, LLC, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 1:18-cv-00402 |
| TRUVERIS, INC., | ) ) | |
| Defendant. | ) | |

## **ORDER**

On January 29, 2019, the parties filed a Notice of Settlement representing to the Court that the parties have settled this matter on an individual and non-class basis. (Doc. 20). In accordance with the Notice, it is **ORDERED** that Plaintiff's individual claims in the above-styled action are hereby **DISMISSED with prejudice** and that the claims of the putative class in the above-styled action are hereby **DISMISSED without prejudice** from the active docket of this Court, subject to the right of any party to move to reinstate this action within **sixty (60) days** from the date of entry of this Order should the settlement agreement not be consummated. As such, all other pending deadlines are **CANCELED**.

No further order shall be forthcoming from the Court except upon motion by a party for entry of a final judgment as prescribed by Federal Rule of Civil Procedure 58.

**DONE and ORDERED** this 30th day of January, 2019.

                                               s/JEFFREY U. BEAVERSTOCK
                                               UNITED STATES DISTRICT JUDGE